IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DALTON RUSH,<br><br>    Petitioner,<br><br>  v.<br><br>ANTHONY P. KANE,<br><br>    Respondent.<br>_____/ | No. C 05-04143 CRB<br><br>**JUDGMENT** |

    The Court having denied the petition for habeas corpus by Memorandum and Order filed November 19, 2007, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED.**

Dated: Nov. 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\4143\judgment.wpd