IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DALTON RUSH,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY P. KANE,<br><br>    Defendant.                     / | No. C 05-04143 CRB<br><br>**ORDER DENYING MOTION FOR CLARIFICATION** |

     Petitioner's motion for "clarification" is DENIED. The Court entered judgment on November 19, 2007. Petitioner had 10 days to file a motion to amend or correct the judgment. Fed. R. Civ. P. 59(e). He did not file his motion until December 18, 2007–well beyond the 10 day deadline. Petitioner should make whatever arguments he wants the Court to consider in his current petition, 07-3990, in his pleadings in that matter.

     **IT IS SO ORDERED.**

Dated: January 25, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\4143\orderreclarification.wpd